# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE: ) CASE NO. 96-00026
)
Rickel Home Centers, Inc., ET AL ) **APPLICATION FOR PAYMENT**
) **OF UNCLAIMED FUNDS**
Debtor )

There having been a dividend check in the above-named case issued to Benjie Plotch in the amount of $435.14, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court with certificate of service showing that the United States Attorney has been notified to pay this unclaimed money to the rightful payee listed above c/o The Financial Resources Group, Inc., 700 Mechem Dr., Suite 8B, Ruidoso, New Mexico 88345.

11/23/09
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
Attorney-in-fact for: Benjie Plotch
700 Mechem Dr., Suite 8B
Ruidoso, New Mexico 88345
(505) 257-1607

SUBSCRIBED and sworn before me this  23rd  day of  November , 20 09

Notary Public
10/30/13
My Commission Expires

(seal)

CERTIFICATE OF SERVICE

Application for Unclaimed Funds was served on the U.S. Attorney, U.S. Trustee and the Case Trustee in compliance with 28 U.S.C. Section 2042 at the following address:

U.S. ATTORNEY
Bankruptcy Specialist
The Nemours Building
1007 Orange St., Suite 700
Wilmington, DE 19899

CASE TRUSTEE
Montague S. Claybrook
913 N Market St Ste 900
Wilmington, DE 19801

U.S. TRUSTEE
District of Delaware
844 King St., Suite 2207
Wilmington, DE 19801

11/23/09
Date

Larry L. Moses - General Manager
The Financial Resources Group, Inc.
700 Mechem Dr., Suite 8B
Ruidoso, New Mexico 88345
(505) 257-1607

# LIMITED POWER OF ATTORNEY

*KNOW ALL MEN BY THESE PRESENTS, That*

Plotch, Benjie

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

The Financial Resources Group, Inc.

*my true and lawful attorney-in-fact, for me and in my name, place and stead and for my use and benefit*, **ONLY**
to collect and disburse abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of:

$435.14

*giving and granting unto my said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural.* **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.**

_____    11/16/09
Signature: Benjie Plotch      Date

SSN XXX-XX-6157

=================================================================

## NOTARY ACKNOWLEDGEMENT

State of New York

County of New York

SUBSCRIBED AND SWORN on the 16 day of November, 20 09 before me, personally appeared Benjie Plotch personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.
**Identification for the above named was Driver License No. (or specify other identification):** _____

WITNESS my hand and official seal,
Signature _____
Residing at New York, New York     (seal)
My commission expires: Nov. 01, 2012

N.Y. State Driver License
967 651 431
Expires 08-20-17

EDWARD R. PAINTER
Notary Public, State of New York
No. 01PA6118211
Qualified in Queens County
Commission Expires Nov. 1, 2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

IN RE: ) CASE NO. 96-00026
)
Rickel Home Centers, Inc., ET AL ) **ORDER FOR PAYMENT OF**
) **UNCLAIMED FUNDS**
Debtor )

There having been a dividend check in the above-named case issued to Benjie Plotch in the amount of $435.14, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to the claimant listed above and the Clerk having made service on the United States Attorney.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Benjie Plotch, c/o The Financial Resources Group, Inc., 700 Mechem Drive, Suite 8B, Ruidoso, New Mexico 88345 unclaimed money in the amount of $435.14 which was held pursuant to 28 U.S.C. Bankruptcy Code.

_____                    _____
Date                                         UNITED STATES BANKRUPTCY JUDGE