IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 96-00026-PJW |
| Rickel Home Centers, Inc. | § | |
| | § | |
| DEBTOR. | § | re: docket # 3039 |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Edward L. Madore, in the amount of $1,911.93 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Edward L. Madore C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,911.93, to:

Edward L. Madore
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Dated: 10/4/10

_____
United States Bankruptcy Judge